THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARY BATTEN, Appellant. [619 NYS2d 992] —Judgment unanimously affirmed. Memorandum: The record demonstrates that defendant made a voluntary, knowing and intelligent waiver of his right to appeal *(see, People v Saunders,* 190 AD2d 1092, *lv denied* 81 NY2d 1019). Moreover, defendant specifically waived his right to appeal the denial of his suppression motion *(see, People v Williams,* 36 NY2d 829, 830, *cert denied* 423 US 873). Finally, the contention that defendant was denied effective assistance of counsel at the *Massiah* hearing *(see, Massiah v United States,* 377 US 201) is without merit *(see, People v Rivera,* 71 NY2d 705, 708-709; *People v Baldi,* 54 NY2d 137, 146-147). (Appeal from Judgment of Oswego County Court, Auser, J.—Murder, 2nd Degree.) Present— Green, J. P., Fallon, Wesley, Doerr and Boehm, JJ.